

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2019

No. 04-19-00427-CR, 04-19-00428-CR & 04-19-00429-CR

The State of Texas,
Appellant

v.

Raymond Soto,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR9018, 2018CR9019 & 2018CR9020
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

The State has filed a first amended motion to consolidate appeal numbers 04-19-00427-CR, 04-19-00428-CR, and 04-19-00429-CR.[1]  Due to the similarities between the cases, this court has determined that the cases should be consolidated for briefing and argument.   It is therefore ORDERED that the first amended motion to consolidate is GRANTED.  The parties shall file all motions, briefs, and other documents as if the three appeals were one case, but shall include all three appeal numbers in the style of the case.  *See* TEX. R. APP. P. 9.3(a).  The records for the three appeals shall remain separated.  In the event oral argument is granted, all three appeals shall be argued together, as a single appeal, and the total time limit for each side at oral argument shall equal the ordinary time limit for a single appeal.  The court may dispose of all three appeals with the same judgment, opinion, and mandate.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court

---

[1] The State's original motion to consolidate is MOOT.